

*Signature*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Application GRANTED.**  The initial pretrial conference scheduled for July 10, 2024, is adjourned to **August 20, 2024, at 4:20pm.**

**Meichelle R. MacGregor**
(212) 790-9263
mrm@cll.com

Dated: July 8, 2024
New York, New York

July 3, 2024

**Via ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:  *RDK NY Inc v. Earl G. Graves Ltd d/b/a Black Enterprises*, Case No. 1:24-cv-03822
<u>First Request for Adjournment of Initial Conference</u>

Dear Judge Schofield,

  We represent defendant Earl G. Graves Ltd ("Defendant") in the above-referenced action. The Court has scheduled the Initial Pre-Trial Conference for July 10, 2024. The parties are actively engaged in settlement conversations and have agreed to adjourn the Initial Pre-Trial Conference to August 20, 2024 in order to allow time for settlement to be achieved. Accordingly, we respectfully request the Initial Pre-Trial Conference and related Proposed Civil Case Management Plan and Scheduling Order deadlines be adjourned until **August 20, 2024**.  Plaintiff, RDK NY Inc, has consented to the requested adjournment.

  There have been no previous requests for an adjournment of the Initial Pre-Trial Conference, and the requested adjournment will not affect any other scheduled deadline.

  We thank the Court for its consideration.

           Respectfully,

           <u>/s/ Meichelle R. MacGregor</u>
           Meichelle R. MacGregor
           *Counsel for Earl G. Graves Ltd*

cc:  Renee Aragona (via ECF)
   *Counsel for Plaintiff RDK NY Inc*

30617/011/4670877