

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Meichelle R. MacGregor**
(212) 790-9263
mrm@cll.com

August 19, 2024

**Via ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

*Re:  RDK NY Inc v. Earl G. Graves Ltd d/b/a Black Enterprises*, Case No. 1:24-cv-03822
       First Request for Adjournment of Initial Conference

Dear Judge Schofield,

We represent defendant Earl G. Graves Ltd ("Defendant") in the above-referenced action. The Court has scheduled the Initial Pre-Trial Conference for August 20, 2024. The parties are actively engaged in settlement conversations and have agreed to adjourn the Initial Pre-Trial Conference to September 27, 2024 in order to allow time for settlement to be achieved. Accordingly, we respectfully request the Initial Pre-Trial Conference and related Proposed Civil Case Management Plan and Scheduling Order deadlines be adjourned until **September 27, 2024**. Plaintiff, RDK NY Inc, has consented to the requested adjournment.

This is the second request for an adjournment of the Initial Pre-Trial Conference, and the requested adjournment will not affect any other scheduled deadline.

We thank the Court for its consideration.

Respectfully,

/s/ Meichelle R. MacGregor
Meichelle R. MacGregor
*Counsel for Earl G. Graves Ltd*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

cc:   Renee Aragona (via ECF)
      *Counsel for Plaintiff RDK NY Inc*

Application **GRANTED** in part and **DENIED** in part.  The initial pretrial conference scheduled for August 20, 2024, is adjourned to **September 25, 2024, at 4:20pm**.  The joint letter and case management plan and scheduling order shall be filed by **September 18, 2024**.  No further extensions will be granted absent a showing of good cause.

Dated: August 19, 2024
       New York, New York

30617/011/4670877